UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANGELINA OLENDER and ANA JIMENEZ, INDIVIDUALLY and on behalf of other similarly situated individuals,<br>    Plaintiffs, | :<br>:<br>:<br>:<br>:<br>: |
| v. | : Civil No. 3:14-CV-85-(AVC) |
| THE CLARK COMPANIES, N.A., and C. & J. CLARK RETAIL, INC.<br>    Defendants. | :<br>:<br>:<br>:<br>: |

## ORDER OF PRELIMINARY APPROVAL

Upon consideration of the Joint Motion for Preliminary Approval of the Connecticut class-wide settlement and its supporting memorandum, exhibits and affidavit, and

It appearing that the proposed settlement is fair and reasonable, and

It further appearing that Notice of the Proposed Settlement and an opportunity to object will be sent to all Connecticut class members,

It is therefore this 21st day of September 2015

ORDERED that the parties' class-wide settlement is preliminarily fair and reasonable;

ORDERED that Plaintiff Angelina Olender is appointed as the representative plaintiff in this class action;

ORDERED that Richard Hayber and The Hayber Law Firm are appointed as Class Counsel for the Settlement Class;

ORDERED that for purposes of settlement a Settlement Class is certified consisting of the following class:

> The "Settlement Class" or the "Class" consist of current or former employees who were employed as Store Managers, Assistant Store Managers, and Full Time Associates at any Clarks location in Connecticut for the following time periods: Store Managers (January 23, 2012 through the present), Assistant Store Managers (January 23, 2012 through March 31, 2014), or Full Time Associates (January 23, 2012 through October 15, 2013).

ORDERED that:

- Simpluris, Inc. is hereby appointed as Claims Administrator to serve the Court in administering the notice, objection and claim process and administering the settlement agreement, if preliminarily or finally determined to be fair;

- Within ten calendar days of the date of this order, the Claims Administrator shall send by first-class mail the Notice of Proposed Settlement (including Claim Form and Opt-Out Form) to all class members;

- Class members shall opt-out, lodge objections, or submit claims as set forth in the Notice of Proposed Settlement (including Claim Form), which were jointly proposed by the parties and filed with the Court;

- The settlement covers all individuals in the Class and Settlement Class unless the individual opts out of the settlement pursuant to the procedures outlined in the notice;

ORDERED that the form and content of the Notice of Proposed Settlement is adequate, proper, comports with Due Process and are hereby approved, and it is

ORDERED that a final fairness hearing be held on December 8, 2015.

Counsel for the parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, and other exhibits that they jointly agree are reasonable or necessary.

                                                               /s/
                                     Alfred V. Covello,
                                     United States District Judge